ACCEPTED
03-13-00790-CV
8268535
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 3:15:13 PM
JEFFREY D. KYLE
CLERK



# IKARD GOLDEN JONES PC

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 3:15:13 PM
JEFFREY D. KYLE
Clerk

December 16, 2015

*Via e-filing*

Jeffrey D. Kyle
Clerk of the Third Court of Appeals
THIRD COURT OF APPEALS
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   **Cause No. 03-13-00790-CV**, Trial Court No. D-1-GN-07-002328; *T. Mark Anderson, as Co-Executor of the Estate of Ted M. Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted M. Anderson v. Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer,* In the Court of Appeals for the Third District of Texas at Austin, Texas

Dear Mr. Kyle:

As of September 1, 2015, Lauren Davis Hunt is no longer employed with Ikard Golden Jones, P.C. Mrs. Hunt is no longer one of the attorneys of record for the Appellees/Cross-Appellants. Please remove Mrs. Hunt from the attorneys of record for the Appellees/Cross-Appellants for the above referenced cause number.

Very truly yours,

Laurie Ratliff

LR/tm

CC:   Scott R. Kidd, *via mail*

T:\ARCHER 3 2007 TORTIOUS INTERFERENCE\APPEAL\CORRESPONDENCE\2015-12-16 Ltr to Clerk removing LDH.doc